IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ADRIAN J. GRIFFIN, JR.,<br><br>               Defendant. | **8:12CR276**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue revocation hearing (filing 57) is granted.

2. Defendant Adrian J. Griffin, Jr.'s violation of supervised release hearing is continued to November 22, 2013, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of September, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge