IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN J. GRIFFIN, JR.,<br><br>　　　　　Defendant. | **8:12CR276**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue violation of supervised release hearing (filing 74) is granted.

2. Defendant Adrian J. Griffin, Jr.'s violation of supervised release hearing is continued to January 30, 2014, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of January, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge