IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR276 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ADRIAN J. GRIFFIN, JR., | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Hearing (filing 96) is granted.

2. Defendant Adrian J. Griffin, Jr.'s violation of supervised release hearing is continued to July 21, 2016, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of April, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge